BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7019
FAX: (415) 436-7234
andrew.dawson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 16-0140 CRB |
| Plaintiff, | ORDER |
| v. | |
| YASIN MOHAMED ALI ALGHAZALI, a\k\a\ Mosed Shaye Omar, and MARWAN HAMOOD MOHAMED ALGHAZALI, a\k\a\ Marwan Mosed Omar, | |
| Defendants. | |

Upon motion of the government, the Court hereby dismisses the indictment without prejudice, and all dates currently set in the matter are hereby VACATED.

Date: October 11, 2016

HON. CHARLES R. BREYER
United States Senior District Judge

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
CR 16-0140 CRB